■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS PABELLON MARTINEZ, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DARLING, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL KING, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN CHURCH, Appellant.— Decision of February 16, 1962 (ante, p. 833) amended to read: Application for assignment of counsel granted. Thomas A. Vitanza, Esq., Norwich, N. Y. is assigned as counsel.

■ In the Matter of R. BESSIE BREGMAN, an Attorney.— Petition to change name on Roll of Attorneys to R. Bessie Bregman Gilbert granted.

## (March 9, 1962)

In decisions Nos. 1–10: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

■ (A) In the Matter of the Claim of JOSEPH LECHNER, Respondent, v. W. EVANS SMITH, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of MARY CECCHINI, Appellant, v. WASHINGTON CONCRETE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) BETTY W. BECRAFT, Appellant, v. GEORGE GREINER et al., Respondents. (D) In the Matter of the Claim of SALLY MELTZER, Appellant, v. JOHN FREDERICKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) WILLIAM W. WEMPLE et al., as Executors of WILLIAM E. GILMOUR, Deceased, Respondents, v. CITATION NOVELTY PRODUCTS, INC., et al., Appellants. (F) In the Matter of the Claim of HENRY THOMAS, Respondent, v. POIRIER & McLANE CORPORATION et al., Appellants, and WALSH, CONNOLLY, SENIOR AND PALMER et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (G) In the Matter of the Claim of JOSEPHINE GELL, Appellant, v. TONI KAREN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (H) In the Matter of the Claim of JENNIE DE SALVO, Appellant, v. FRANK MARINACCIO et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (I) In the Matter of the Claim of FRANK D. PENNA, Appellant, v. MERIT CONSTRUCTION COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (J) LAWRENCE WEINBERG, Individually and as Executor of HARRY WEINBERG, Deceased, Appellant, v. FIRST NATIONAL BANK OF GLENS FALLS, Respondent. (K) In the Matter of the Claim of NIKIFOR BOCHKAREV, Respondent, v. HENRY'S LANDSCAPING SERVICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (L) In the Matter of the Claim of EDNA KANE, Appellant, v. 6301 FIFTH AVENUE CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (M) INA L. WILBUR, Respondent, v. GARDNER & NORTH ROOFING AND SIDING CORP., Appellant. (N) JOHN McDONOUGH, Appellant. v. CHARLES GINSBURG, Respondent. (O) ALBERT L.

BELLAY, Respondent, v. GRETA GLOCKMANN, Appellant.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ (A) In the Matter of the Claim of LILLIAN KERPER, Appellant, v. ROYAL FARMS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF PORT JERVIS, Respondent, v. BENJAMIN LEVY et al., Appellants. (C) MARTIN J. RENNELL, Respondent, v. WILLIAM J. SULLIVAN, Appellant.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the May 1962 Term on or before April 20, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD H. COLOSIMO, Appellant. (B) In the Matter of the Claim of ARTHUR PROCTOR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of BRAULIO ARROYO CASTRO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of GEORGE RODRIGUES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Time to perfect appeals extended 90 days.

■ In the Matter of the Claim of JANET M. CROOKS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prose-cute appeal as a poor person granted. Appeal may be perfected upon one type-written copy of the record and five typewritten copies of the brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE POLITANO, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE JACOBUS, Appellant.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five type-written copies of the brief. Time to perfect appeal extended 90 days. M. Kim-ball Hart, Jr., Esq., 43 Main St., Nichols, N. Y., is assigned as counsel.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK L. RUSH, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR A. WANNAMAKER, Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ WALTER DAME, Appellant, v. MAUDE S. HANLY, Respondent. (Action No. 1.) WAYNE BASSETT, Appellant, v. MAUDE S. HANLY, Respondent. (Action No. 2.) MAUDE S. HANLY, Respondent, v. WAYNE BASSETT, Appellant. (Action No. 3.) — Decision of January 12, 1962 (ante, p. 685) amended to read as follows: Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the May 1962 Term on or before April 20, 1962, in which event motions denied.

■ HARRY A. REOUX, Appellant, v. FIRST NATIONAL BANK OF GLENS FALLS as Executor of ADELIA H. REOUX, Deceased, Respondent.— Application for stay granted pending the hearing and determination of the appeal herein.

■ IDA CHOTINE, Respondent, v. UNITED STATES OF AMERICA, Appellant, et al., Defendants.— Application to consolidate appeals granted upon condition that both appeals be argued or submitted at the May 1962 Term.